# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2024AP154-D |

| | |
|---|---|
| COMPLETE TITLE: | In the Matter of Medical Incapacity Proceedings Against Attorney David Patton, Attorney at Law:<br><br>Office of Lawyer Regulation,<br>　　　　　Complainant,<br>　　　v.<br>David Patton,<br>　　　　　Respondent. |

### MEDICAL INCAPACITY PROCEEDINGS AGAINST PATTON

| | |
|---|---|
| OPINION FILED: | February 27, 2024 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | |
| COUNTY: | |
| JUDGE: | |

| | |
|---|---|
| JUSTICES: | |

Per curiam.

| | |
|---|---|
| ATTORNEYS: | |

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No.  2024AP154-D

STATE OF WISCONSIN          :          IN SUPREME COURT

**In the Matter of Medical Incapacity Proceedings Against Attorney David Patton, Attorney at Law:**

**Office of Lawyer Regulation,**

          Complainant,

     v.

**David Patton,**

          Respondent.

**FILED**

**FEB 27, 2024**

Samuel A. Christensen
Clerk of Supreme Court

The Court entered the following order on this date:

¶1  On January 29, 2024, Attorney David Patton filed a petition, pursuant to Supreme Court Rule (SCR) 22.34(11), for the indefinite suspension of his license to practice law in Wisconsin due to his medical incapacity.  The Office of Lawyer Regulation filed a memorandum in support of the petition and an appendix, labelled Appendix A, filed under seal, summarizing the medical incapacity allegations being investigated.  Attorney Patton acknowledges that he cannot successfully defend himself against

the medical incapacity allegations. Based upon these considerations,

¶2 IT IS ORDERED that the petition is granted and David Patton's license to practice law in Wisconsin is indefinitely suspended, effective the date of this order.

¶3 IT IS FURTHER ORDERED that David Patton shall comply with the requirements of SCR 22.26 pertaining to the duties of a person whose license to practice law in Wisconsin has been suspended.

¶4 IT IS FURTHER ORDERED that Appendix A shall remain under seal until further order of this court.